**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hydro Geo Chem, Inc., ) | No. CIV 06-2597-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Shell Oil Products U.S., Inc., ) | |
| Defendant. ) | |

Pending before the Court is the parties' Stipulation for Extension of Time to Respond to Complaint. [Doc. No. 7]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension of Time to Respond to Complaint [Doc. No. 7] is **GRANTED**.  Defendant Shell Oil Products U.S., Inc. shall have until and through **December 15, 2006** to respond to the Complaint.

DATED this 27th day of November, 2006.

Stephen M. McNamee
United States District Judge