**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Hydro Geo Chem, Inc.,
Plaintiff,
v.
Shell Oil Products U.S., Inc.,
Defendant.

No. CIV 06-2597-PHX-SMM

**ORDER**

Pending before the Court is the parties' Stipulation for Extension of Time to Respond to Complaint(Second Request). [Doc. No. 9] Good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension of Time to Respond to Complaint [Doc. No. 9] is **GRANTED**. Defendant Shell Oil Products U.S., Inc. shall have through **January 5, 2007** to respond to the Complaint.

DATED this 13th day of December, 2006.

Stephen M. McNamee
United States District Judge