**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hydro Geo Chem, Inc., | ) | No. CIV 06-2597-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Shell Oil Products U.S., Inc., | ) | |
| Defendant. | ) | |

On April 19, 2007, Plaintiff Hydro Geo Chem, Inc. filed a Notice of Settlement in this matter. [Doc. No. 22] Accordingly,

**IT IS ORDERED** that the May 2, 2007 Preliminary Pretrial Conference is **VACATED.**

**IT IS FURTHER ORDERED** that the Court will conduct a Status Hearing in this matter on **Monday, June 11, 2007, at 2:00 p.m.,** before the Honorable Stephen M. McNamee in Courtroom 605 at 401 West Washington Street in Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the parties have 30 days from the date of this Order by which to file a stipulated dismissal, and that if such a dismissal is timely filed, the Status Hearing will be vacated.

DATED this 20th day of April, 2007.

Stephen M. McNamee
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28