**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Hydro Geo Chem, Inc., | ) | No. CIV 06-2597-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Shell Oil Products U.S., Inc., | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice [Dkt. 24]. Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation of Dismissal With Prejudice [Dkt. 24] is **GRANTED**. This action is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 14th day of May, 2007.

Stephen M. McNamee
United States District Judge